426-15

# ELECTRONIC RECORD

COA # 11-13-00103-CR        OFFENSE: 2.03

STYLE: **Leticia Gonzales Venegas v. The State of Texas**        COUNTY: Ector

COA DISPOSITION:    AFFIRMED        TRIAL COURT: 161st District Court

DATE: 3/12/15            Publish: NO    TC CASE #:    B-37,032

# IN THE COURT OF CRIMINAL APPEALS

STYLE: **Leticia Gonzales Venegas v. The State of Texas**        CCA #: **PD-0426-15**

_____PRO SE_____ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____

_____refused_____                JUDGE: _____

DATE: July 29, 2015            SIGNED: _____        PC: _____

JUDGE: PC                PUBLISH: _____        DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**